AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

**FILED**

JAN 2 1 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>Pedro Fabian PERAZA-LEON<br>aka Pedro Esteban Peraza-Leon | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number:   3:25-CR-03869-AGS |

Michelle Betancourt, Federal Defenders
_Defendant's Attorney_

**USM Number**        14369-512

☐ –

THE DEFENDANT:

☒  pleaded guilty to count(s)    FOUR AND FIVE OF THE INDICTMENT

☐  was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title and Section / Nature of Offense** | **Count** |
|---|---|
| 18 USC 1361 – DESTRUCTION OF GOVERNMENT PROPERTY (FELONY) | 4 |
| 8 USC 1325(a)(1) – IMPROPER ENTRY BY AN ALIEN (MISDEMEANOR) | 5 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☒  Count(s)        REMAINING        are        dismissed on the motion of the United States.

☒  Assessment :  $110.00 - IMPOSED

–

☒  No fine        ☐  Forfeiture pursuant to order filed _____, included herein.

  IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

January 21, 2026
Date of Imposition of Sentence

HON. ANDREW G. SCHOPLER
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | |
|---|---|
| DEFENDANT:     Pedro Fabian PERAZA-LEON | Judgment - Page **2** of **3** |
| CASE NUMBER:    3:25-CR-03869-AGS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
6 MONTHS (PER COUNT, TO RUN CONCURRENT)

☐    Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant must surrender to the United States Marshal for this district:

      ☐   at _____ A.M.       on _____

      ☐   as notified by the United States Marshal.

☐    The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐   on or before

      ☐   as notified by the United States Marshal.

      ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

3:25-CR-03869-AGS

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

DEFENDANT:        Pedro Fabian PERAZA-LEON                      Judgment - Page **3** of **3**
CASE NUMBER:      3:25-CR-03869-AGS

## RESTITUTION

The defendant shall pay restitution in the amount of   $26,966.00   as specified in the Restitution Order.

//